No. 91–8092. DOERR *v.* DOERR. Ct. App. Cal., 4th App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* de-

nied. Petitioner is allowed until July 13, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*